UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEWAYNE ALAN JERNIGAN | CIVIL ACTION NO. 05-0769-A |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| WARDEN MENIFEE | MAGISTRATE JUDGE KIRK |

J U D G M E N T

After an independent review of the record, including the objections filed by the plaintiff, and in concurring with the reasoning of the magistrate judge in his report and recommendation, and as supplemented, with his reliance upon *Tyler v. Cain*, 533 U.S. 656, 121 S. Ct. 2478 (2001) for his recommendation;

IT IS ORDERED that Dewayne Alan Jernigan's writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 22nd day of August, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge